```
UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
E*TRADE SECURITIES, LLC,

                Plaintiff in Interpleader,            Case No.: _____

        v.

MYRON WEINER; the SECURITIES and
EXCHANGE COMMISSION; the UNITED STATES        CORPORATE DISCLOSURE
ATTORNEY for the EASTERN DISTRICT of NEW      STATEMENT PURSUANT
YORK; and JOHN and JANE DOES 1-100,           TO RULE 7.1

                Defendants in Interpleader.
------------------------------------------------------------------ X
```

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff in Interpleader E*TRADE Securities LLC (a non-governmental corporate party) hereby certifies that E*TRADE FINANCIAL Corporation is the only corporate parent of E*TRADE Securities LLC. It is further certified that Citadel Group is a company that owns 10% or more of E*TRADE FINANCIAL Corporation.

Dated:  New York, New York
        April 22, 2011

                                        DLA PIPER LLP (US)

                                        By: _____
                                            Joshua S. Sohn
                                            Caryn G. Schechtman
                                            1251 Avenue of the Americas
                                            New York, New York 10020
                                            (212) 335-4500
                                            joshua.sohn@dlapiper.com

                                        *Attorneys for E*TRADE Securities LLC*