UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

E*TRADE SECURITIES, LLC,

        Plaintiff in Interpleader,

v.

MYRON WEINER; the SECURITIES AND
EXCHANGE COMMISSION; the UNITED
STATES ATTORNEY for the EASTERN
DISTRICT of NEW YORK; and JOHN
and JANE DOES 1-100,

        Defendants in Interpleader.

------------------------------------x

**STIPULATION AND ORDER
OF DISMISSAL**

11-CV-1997 (DLI) (RER)

    **WHEREAS**, Plaintiff in Interpleader, E*Trade Securities, LLC ("E*Trade"), commenced the above-captioned interpleader action (the "Action") on April 22, 2011, by filing a Verified Complaint In Interpleader (the "Complaint") against Defendants in Interpleader Myron Weiner ("Weiner"), the Securities and Exchange Commission (the "SEC"), the United States Attorney for the Eastern District of New York (the "U.S. Attorney"), and John and Jane Does 1-100 pursuant to 28 U.S.C. § 1335.

    **WHEREAS**, the Complaint sought to cause the Defendants in Interpleader to litigate any and all claims to approximately $1.6 million of proceeds from the sale of stock of SpongeTech Delivery Systems, Inc. ("Spongetech") held in an E*Trade account in the name of Weiner (the "Subject Funds");

    **WHEREAS**, on or about May 9, 2011, the U.S. Attorney and the SEC filed a joint

motion to dismiss the Complaint for lack of subject matter jurisdiction, which is currently pending with the Court;

**WHEREAS,** on or about May 31, 2011, E*Trade deposited the Subject Funds in the amount of $1,642,428.85 with the Court in connection with this Action;

**WHEREAS,** on or about June 13, 2011, agents of the Internal Revenue Service seized the Subject Funds, together with all proceeds traceable thereto, pursuant to a warrant issued by the Court;

**WHEREAS,** E*Trade now seeks to voluntarily dismiss the Action without prejudice, in its entirety, pursuant to Fed. R. Civ. P. 41(a); and

**WHEREAS,** Weiner, the U.S. Attorney, and the SEC have agreed to the dismissal of the Action without prejudice, in its entirety, and no other parties have appeared in this Action;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between E*Trade, Weiner, the U.S. Attorney, and the SEC through their respective attorneys of record, as follows:

1. The Action is hereby dismissed, without prejudice, and without costs, expenses or fees, pursuant to Fed. R. Civ. P. 41(a).

2. The persons signing this Stipulation warrant and represent that they possess full authority to bind the parties on whose behalf they are signing to the terms of the Stipulation.

3. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order concerning dismissal of the Action

4. It is contemplated that this Stipulation and Order may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages, together, shall be deemed to be one and the same document.

Dated: New York, New York
September 9, 2011

Joshua S. Sohn
Caryn G. Schectman
DLA PIPER LLP(US)
*Attorneys for Plaintiff in Interpleader*
1251 Avenue of the Americas
New York, New York 10020

By: _____
Joshua S. Sohn
(212) 335-4892

Dated: New York, NY
September 8, 2011

Barry M. Bordetsky (BMB4218)
Law Offices of Barry M. Bordetsky
*Attorneys for Defendant in Interpleader*
Myron Weiner
570 Lexington Avenue, 44th Floor
New York, NY 10022

By: _____
Barry M. Bordetsky
(212) 688-0008

E*Trade Securities, LLC v. Myron Weiner, et al., 11-CV-1997 (Irizarry, J.) (Reyes, M.J.)
Stipulation and Order of Dismissal

3

Dated: Brooklyn, New York
September __9__, 2011

By: /s/ Brian Morris

LORETTA E. LYNCH
United States Attorney
Eastern District of New York
*Attorneys for Defendant in Interpleader*
*United States Attorney for the Eastern*
*District of New York*
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

Brian D. Morris
Special Assistant United States Attorney
(718) 254-6512

Dated: Washington, DC
September __9__, 2011

By: /s/ Patrick L. Oot /ms

Melinda Hardy
Patrick L. Oot
*Attorneys for Defendant in Interpleader*
*Securities and Exchange Commission*
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-9612

Patrick L. Oot
Special Counsel
(202) 551-5191

SO ORDERED
this _____ day of September, 2011

_____
HONORABLE DORA L. IRIZARRY
United States District Judge

E*Trade Securities, LLC v. Myron Weiner, et al., 11-CV-1997 (Irizarry, J.) (Reyes, M.J.)
Stipulation and Order of Dismissal

4